# UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

*Christopher B. Reilly, Plaintiff,*
*v.*
*Connecticut Interlocal Risk Management Agency (CIRMA);*
*Town of Enfield, Connecticut;*
*David Demchak;*
*Sherri Adams;*
*Thomas Tyler;*
*Mark Milano, Esq.;*
*Chief Alaric Fox;*
*Officer Nicholas Miller;*
*Officer Michael Colantuono;*
*Defendants.*

APR 22 2025 PM 12:45
FILED-USDC-CT-HARTFORD

Civil Action No. _____

## COMPLAINT FOR DECLARATORY, INJUNCTIVE, AND MONETARY RELIEF

(Pursuant to 42 U.S.C. § 1983, Mail Fraud, and Procedural Due Process)

### INTRODUCTION

They filed a claim in my name.

I didn't ask them to.

I didn't know they had.

They never told me.

CIRMA opened the claim. They processed it. They closed it.

They said they reviewed body camera footage.

The police say no such footage exists.

No one spoke to me. Not once.

I sent a certified letter to the Chief of Police.

The receipt came back blank.

No reply from the postmaster.

Now the U.S. Postal Inspection Service is reviewing that too.

This case is about process used against you when you never entered the room.

A municipality can file a claim against itself in your name and walk away clean.

CIRMA lets them.

I found out through FOIA. Not through justice. Through paperwork.

This is what happens when power is used to erase people.

## JURISDICTION AND VENUE
1. This action arises under 42 U.S.C. § 1983 and the Fourteenth Amendment.
2. The Court has jurisdiction under 28 U.S.C. §§ 1331 and 1343.
3. Venue is proper under 28 U.S.C. § 1391(b). All events occurred in Connecticut.

## PARTIES
4. Plaintiff is a private citizen living in Enfield, Connecticut.
5. CIRMA provides liability coverage to municipalities, including Enfield.
6. The Town of Enfield submitted a claim using Plaintiff's name.
7. Demchak is CIRMA's President and CEO.
8. Adams is CIRMA's VP of Liability Claims.
9. Tyler is an Enfield Councilor.
10. Milano is outside legal counsel to CIRMA.
11. Fox is Enfield's Police Chief and a former State Police Chief.
12. Miller signed off on the initial false police report.
13. Colantuono performed a menacing, retaliatory stunt in front of my home.

## FACTUAL ALLEGATIONS
14. In February 2025, a cruiser crept past Plaintiff's home. No lights. No sound. No reason.

15. Plaintiff responded with lawful letters.

16. No reply came from the Town.

17. Instead, a second-degree harassment complaint was filed. No threats were made. No order to stop was given. No follow-up occurred.

18. On February 25, 2025, the Town referred a liability claim to CIRMA using Plaintiff's name.

19. Plaintiff was not informed. Plaintiff did not participate.

20. CIRMA processed and denied the claim. Plaintiff never received a call. Not an email. Not a letter.

21. The denial referenced video footage that does not exist.

22. The Police say there was no body cam.

23. The denial was signed. Filed. Closed.

24. Plaintiff discovered it only after a FOIA request.

25. Plaintiff mailed a certified letter to Chief Fox in March 2025.

26. The return receipt was blank.

27. The local postmaster was silent.

28. A complaint was filed with the U.S. Postal Inspection Service—C#2215107.

29. CIRMA never corrected the record. No one ever asked if the Plaintiff was involved.

## CAUSES OF ACTION

Count I – Procedural Due Process Violation (42 U.S.C. § 1983)

Count II – Civil Conspiracy to Submit False Claim

Count III – Retaliation Under Color of Law

Count IV – Mail Fraud and Suppression (Chief Fox only)

## PRAYER FOR RELIEF

Plaintiff respectfully asks the Court to:

a. Award compensatory damages of $300,000,000;

b. Award punitive damages of $25,000,000;

c. Declare that Defendants violated Plaintiff's rights;

d. Enjoin CIRMA from processing claims without claimant notice and consent;

e. Require procedural reforms;

f. Award fees and costs under 42 U.S.C. § 1988;

g. Grant all other relief the Court finds just and proper.

## JURY DEMAND

Plaintiff demands trial by jury on all triable issues.

Respectfully submitted,

Christopher B. Reilly

P.O. Box 427

Enfield, CT 06083

chris@chrisr.ch

(203) 318-6190

Date: April 21, 2025

Signature: _____

That's why I filed this Complaint.

But I'm the only one named in it.

I didn't make the system.

I found it all through FOIA.

And every agency I contacted said, "Not our jurisdiction."

The post office returned a blank receipt.

The Police Chief wrote himself a memo and walked away.

They cited evidence that did not exist.

CIRMA processed it, denied it, and closed it—without a call, a letter, or a hearing.

A claim was filed under my name. I didn't know. I didn't agree.

This case is not about misunderstanding. It is about method.